UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 05 B 59581
  MADONNA M LAWRENCE
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES
         Debtor
    SSN XXX-XX-2243
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/15/05 and confirmed on 05/26/06.

2. The plan is paid in full.

3. The Debtor paid a total of $ 12600.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| M&T MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| HYUNDAI MOTOR FINANCE CO | SECURED VEHIC | .00 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 3505.84 | .00 | 686.34 |
| BATAVIA CONCRETE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 2550.43 | .00 | 499.30 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 5748.13 | .00 | 1125.32 |
| SMC | UNSECURED | 938.41 | .00 | 183.71 |
| CENTRAL DUPAGE FOOT & AN | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 23622.37 | .00 | 4624.57 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 13234.00 | .00 | 2590.83 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 6731.74 | .00 | 1317.88 |
| DUPAGE INTERNAL MEDICINE | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT FIRST NA | UNSECURED | 36.84 | .00 | 7.21 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 950.71 | .00 | 186.12 |
| HARLEM FURNITURE | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ECAST SETTLEMENT CORPORA | UNSECURED | 242.57 | .00 | 47.49 |
| KOHLS | UNSECURED | 977.00 | .00 | 191.27 |
| MARSHALL FIELD | UNSECURED | 909.80 | .00 | 178.11 |
| ECAST SETTLEMENT CORP | UNSECURED | 2365.53 | .00 | 463.10 |
| RH DONNELLEY | UNSECURED | NOT FILED | .00 | .00 |
| WACHOVIA DEALER SERVICES | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

```
-------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED        OTHER       TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00           .00     61813.37          .00    61813.37
PRINCIPAL PAID          .00           .00     12101.25          .00    12101.25
INTEREST PAID           .00           .00          .00          .00         .00
TOTAL PAID              .00           .00     12101.25          .00    12101.25
```

The Debtor's attorney, SCOTT J KOFKIN                      , was allowed $       .00
and was paid $        .00 .

The Trustee received $     498.75 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 01/16/09               /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 05 B 59581 MADONNA M LAWRENCE